The City of Utica, Appellant, v. Utica Curling Club, Respondent.— Order affirmed, with costs. All concurred; De Angelis, J., not sitting.

Joseph A. Hamlin, as Commissioner of Public Safety of the City of Utica, New York, Respondent, v. Austin W. Bender, Appellant.— Judgment reversed, without costs, and case remitted to the Special Term to make proper decision with findings of fact and conclusions of law as directed by section 1022 of the Code of Civil Procedure. All concurred; De Angelis, J., not sitting.

Albert C. Schaff, Respondent, v. John M. Hoen, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a new application by plaintiff, if so advised, after issue has been joined to take the deposition of the defendant for use upon the trial. All concurred.

Antonio La Valle, Respondent, v. Hinckley Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred; De Angelis, J., not sitting.

Henry L. Grant, Respondent, v. Mary Petrie, Appellant, Impleaded, etc.— Appeal dismissed, without costs, upon stipulation filed.

United Vaudeville Company, Respondent, v. Henry C. Zeller and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

Millard M. Crane, Respondent, v. Elmer W. Kelley, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

George E. Loomis, Respondent, v. Frank A. Harris, Appellant.— Motion granted and appeal dismissed, with costs.

In the Matter of the Application for Disbarment of Frank L. Smith, an Attorney and Counselor at Law.— Upon reading and filing an exemplified copy of the judgment roll in Chautauqua County Court, convicting the said attorney of the crime of grand larceny, first degree, his name is stricken from the roll of attorneys and counselors.*

In the Matter of the Appointment of Two Trustees of the City and County Hall for Use of the City of Buffalo and the County of Erie, in the Place of John G. Cloak and Warren E. Hunt, Whose Terms of Office Expire May 4, 1916.— The said John G. Cloak and Warren E. Hunt are appointed to succeed themselves as such trustees for a term of six years each, commencing on the 4th day of May, 1916.

---

* See Judiciary Law (Consol. Laws, chap. 30; Laws of 1909, chap. 35), § 88, subd. 3.— [Rep.